IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNCORK AND CREATE LLC,

        Plaintiff,

v.                              CIVIL ACTION NO.   2:20-cv-00401

THE CINCINNATI INSURANCE
COMPANY, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the order granting the Defendants' motion to dismiss, the Court **ORDERS** that that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                ENTER:        November 4, 2020

                *[signature]*
                IRENE C. BERGER
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF WEST VIRGINIA