IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNCORK AND CREATE LLC<br><br>      Plaintiff,<br><br> vs.<br><br>THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI CASUALTY COMPANY; and THE CINCINNATI INDEMNITY COMPANY,<br><br>      Defendants. | Case No. 2:20-cv-00401 |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff UNCORK AND CREATE LLC, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Court's memorandum opinion and order of November 2, 2020 (ECF No. 32), judgment order of November 4, 2020 (ECF No. 33), and the opinion and order of March 15, 2021 (ECF No. 47).

Date: March 22, 2021

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch
Kelly K. Iverson
(*All Pro Hac Vice*)
**CARLSON LYNCH LLP**
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
P (412) 322-9243
F. (412) 231-0246
glynch@carlsonlynch.com
kiverson@carlsonlynch.com

Kevin W. Thompson (W.Va. Bar No. 5062)
David R. Barney, Jr. (W.Va. Bar No. 7958)
**Thompson Barney**
2030 Kanawha Boulevard, East
Charleston, West Virginia 25311
Telephone: (304) 343-4401

1

Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com

James C. Martin
George L. Stewart, II
Colin E. Wrabley
Matthew J. Louik
Elizabeth L. Taylor
(*Plaintiff's Coverage Counsel;
All Pro Hac Vice*)
**REED SMITH LLP**
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
jmartin@reedsmith.com
gstewart@reedsmith.com
cwrabley@reedsmith.com
mlouik@reedsmith.com
etaylor@reedsmith.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 22, 2021 a true and correct copy of the foregoing has been served via CM/ECF filing system to all counsel of record.

                                                                   */s/ Gary F. Lynch*
                                                                   Gary F. Lynch